### In the Interest of S.L.J. (Juvenile).

**Forestal LAWTON, Juvenile Officer, Respondent,**

v.

**E.J. (Natural Mother), Appellant.**

### No. WD 42142.

Missouri Court of Appeals, Western District.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1990.

Application to Transfer Denied June 19, 1990.

Laura Higgins Tyler, Morrison, Hecker, Curtis, Kuder & Parrish, Kansas City, for appellant.

Kyla Grove, Kansas City, for Guardian Ad Litem.

Anne E. Rauch, Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

### ORDER

**PER CURIAM:**

Direct appeal from a judgment terminating parental rights pursuant to § 211.447.2, RSMo 1986.

Judgment affirmed. Rule 84.16(b).